CATHERINE JONES v. STATE OF FLORIDA

21 So. (2nd) 41                                       January Term, 1945
February 27, 1945                                         Division A

No appearance for appellant.

*J. Tom Watson*, Attorney General, and *John C. Wynn*, Assistant Attorney General, for appellee.

PER CURIAM:

This appeal is from a judgment of conviction of second degree murder.

No brief has been filed for appellant and the Attorney General has moved the Court to affirm the judgment on the record.

We find no error in the record and the motion is granted and the judgment is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.